HEGAAS, APPELLANT, *v.* HEGAAS, RESPONDENT.

(No. 1,587.)

(Submitted May 26, 1903. Decided June 1, 1903.)

*Setting Aside Default Judgment—Discretion of Trial Court— Appeal—Review.*

Since, under Code of Civil Procedure, Section 774, applications to set aside default judgments are addressed to the discretion of the trial court, its action thereon will not be interfered with unless a manifest abuse of discretion is shown.

*Appeal from District Court, Missoula County; F. H. Woody, Judge.*

ACTION by Hans H. Hegaas against Emma Hegaas. From an order setting aside a default and judgment, and permitting defendant to appear and defend, plaintiff appeals. Affirmed.

*Messrs. Marshall & Stiff,* for Appellant.

MR. CHIEF JUSTICE BRANTLY delivered the opinion of the court.

Appeal from an order setting aside a default and judgment entered upon the failure of the defendant to appear and make defense.    The service of summons was constructive, the defendant being a resident of the state of Washington at the time the action was brought.    The application was made upon affidavits tending to show that the default and judgment were entered against the defendant through her excusable neglect in failing to interpose her defense within the time allowed by the statute. Under Section 774 of the Code of Civil Procedure such applications are addressed to the discretion of the district court, and, in the absence of a manifest abuse of such discretion, this court will not interfere.    We have examined the affidavits filed by the defendant in support of her motion, and we are not able to say that the district court manifestly abused the discretion lodged in it by the statute.    The order complained of is affirmed.

*Affirmed.*